```
                                                       FILED
                                                  U.S. DISTRICT COURT
                                                  DISTRICT OF NEBRASKA

                                                  07 DEC 21  AM 11: 14
```

> **IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN PDF TO CLERK consent@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| David Barrett and Clean Harbors Environmental Services Inc., A MA Corp.     Plaintiff(s), <br> v. <br> Rhodia Inc., A PA Corporation, <br> Defendant(s). | Case Number: 7 07 CV 5014 <br><br> CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For David Barrett | 12/19/07 |
| [signature] | For Clean Harbors | 12/19/07 |
| [signature] | For Rhodia | 12/19/07 |
| | For | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable , United States Magistrate Judge Thomas D. Thalken, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

12/21/07
Date

[signature]
United States District Judge