IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE BARRETT, et al., ) | |
| ) | 7:07CV5014 |
| Plaintiffs, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| RHODIA, INC., ) | |
| ) | |
| Defendant. ) | |

**IT IS ORDERED:**

Motions *in limine* challenging the admissibility of expert testimony at trial under Federal R. Evid. 702, **See,** *Kumho Tire Co., Ltd. v. Carmichael,* 526 U.S. 137 (1999) and ***Daubert v. Merrell-Dow Pharms.***, 509 U.S. 579 (1993), shall be filed by **May 30, 2008**, and accompanied by a request for a hearing if necessary. Failure to timely move for a hearing may constitute waiver of the request for a hearing.

Dated this 21st day of February.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge