# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVE BARRETT, et al., )<br>)<br>Plaintiffs, )<br>) | |
| ) | 7:07CV5014 |
| vs. ) | |
| ) | ORDER |
| RHODIA, INC., )<br>) | |
| Defendant. ) | |

This matter is before the court on the defendant's motion for a continuance of the pretrial conference (Filing No. 56).  The motion will be granted.

**IT IS ORDERED:**

1. The plaintiff's motion for a continuance of the pretrial conference (Filing No. 56) is granted.

2. The pretrial conference in this matter is re-scheduled for **February 4, 2009, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS FURTHER ORDERED** that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order.  The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

DATED this 5th day of November, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge