IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVE BARRETT and CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | 7:07CV5014 |
| vs. | ) ) | ORDER |
| RHODIA, INC., | ) ) | |
| Defendant. | ) | |

Following a conference with counsel on June 1, 2009,

**IT IS ORDERED:**

1. All unexpired deadlines contained in the January 14, 2009, Third Amended Order Setting Final Schedule for Progression of Case (Filing No. 75) and May 4, 2009, Text Order (Filing No. 102) are hereby suspended until further order of the court.

2. The court will hold a telephone conference for the purpose of scheduling the case to trial after resolution of the defendant's Motion for Summary Judgment (Filing No. 90).

Dated this 1st day of June, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge